UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  15-MC-229-CAS(Ex)                                               Date:  August 31, 2015

Title:  VERISIGN, INC. v. XYZ.COM, LLC AND DANIEL NEGARI

DOCKET ENTRY

PRESENT:

HON.  CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                                      None

PROCEEDINGS:    (IN CHAMBERS)                                             (Page 1 of 2)

      The Court has read and considered all papers filed in support of and in opposition to "Verisign, Inc.'s Motion to Compel Production of Documents from ICANN" ("the Motion"), filed August 5, 2015, (other than Verisign, Inc.'s "Supplemental Memorandum, etc." stricken by Minute Order filed August 26, 2015).  The Court heard oral argument on August 28, 2015.

      At the August 28, 2015 hearing, counsel for Plaintiff represented that Plaintiff would withdraw the Motion as to Request No. 16.  At the same hearing, counsel for ICANN represented that there are no documents within ICANN's possession, custody or control responsive to Requests Nos. 5 or 6.  In reliance on these representations, the Motion is denied as to Requests Nos. 16, 5 and 6.

      The Motion is granted as to Requests Nos. 9, 12 and 13.  As soon as practicable, but in no event later than September 21, 2015, ICANN shall produce to Plaintiff all documents within ICANN's possession, custody or control responsive to Requests Nos. 9, 12 and 13.  This production shall be subject to the Protective Order attached as Exhibit 7 to the "Declaration of Nicholas M. DePalma, etc.," filed August 5, 2015.  In addition, the use of these documents shall be limited to use for purposes of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  15-MC-229-CAS(Ex)                                      Date:  August 31, 2015

Title:  VERISIGN, INC. v. XYZ.COM, LLC AND DANIEL NEGARI

**DOCKET ENTRY**

**PRESENT:**

HON.  CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                              None

**PROCEEDINGS:**    (IN CHAMBERS)                                             (Page 2 of 2)

litigating civil action No. 1:14-CV-01749-CMH-MSN pending in the United States District Court for the Eastern District of Virginia only.  No person shall use these documents for any other purpose.  The record fails to demonstrate "good cause" for the issuance of any further or additional protective order.  See Fed. R. Civ. P. 26(c); see also Brown Bag Software v. Symantec Corp., 960 F.2d 1465, 1469-71 (9th Cir.), cert. denied, 506 U.S. 869 (1992).

Except as expressly stated herein, the Motion is denied.

Any party seeking review of this Order shall cause the preparation and filing of a transcript of the August 28, 2015 hearing.

cc:    Judge Snyder
          All Counsel of Record